UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY SANFORD,<br><br>Plaintiff(s),<br>v.<br><br>MV PUBLIC TRANSPORTATION, INC,<br><br>Defendant(s). | CASE NO. C26-3291-KKE<br><br>CASE SCHEDULE |

Upon review of the parties' joint status report (Dkt. No. 17), the Court ORDERS that this case shall conform to the following schedule:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Motion for Class Certification | December 2, 2026 |
| Defendants' Opposition | January 4, 2027 |
| Plaintiffs' Reply | January 18, 2027 |
| Hearing on Plaintiffs' Motion | To be scheduled at a later date. |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification.

Dated this 29th day of October, 2026.

Kymberly K. Evanson
United States District Judge