UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMY SANFORD,<br><br>Plaintiff(s),<br>v.<br><br>MV PUBLIC TRANSPORTATION, INC,<br><br>Defendant(s). | CASE NO. C26-3291-KKE<br><br>CORRECTED CASE SCHEDULE |

Upon review of the parties' joint status report (Dkt. No. 17), the Court ORDERS that this case shall conform to the following corrected schedule:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs' Motion for Class Certification | December 2, 2027 |
| Defendants' Opposition | January 4, 2028 |
| Plaintiffs' Reply | January 18, 2028 |
| Hearing on Plaintiffs' Motion | To be scheduled at a later date. |

The remainder of the case schedule will be set after the Court's resolution of the motion for class certification. The Clerk is directed to vacate the previous case schedule. Dkt. No. 18.

Dated this 2nd day of November, 2026.

Kymberly K. Evanson
United States District Judge